UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEJINDER SINGH, Individually and On Behalf of All Others Similarly Situated, | :<br>:<br>: |
| Plaintiff, | : Case No.: 1:13-cv-05696-JGK<br>: |
| vs. | :<br>: |
| ORTHOFIX INTERNATIONAL N.V., ALAN W. MILINAZZO, BOB VATERS, BRIAN MCCOLLUM, BRAD MASON, AND EMILY BUXTON, | :<br>:<br>:<br>:<br>: |
| Defendants. | : |

**NOTICE OF MOTION AND MOTION OF PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Plumbers & Pipefitters National Pension Fund ("Plumbers National Pension Fund" or "Movant") respectfully moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), at 15 U.S.C. § 78u-4, for entry of an Order: (i) appointing Movant as Lead Plaintiff on behalf of itself and all others similarly situated who purchased Orthofix International N.V. ("Orthofix" or the "Company") common stock between May 5, 2011 and July 29, 2013, inclusive (the "Class Period"); and (ii) appointing the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") to serve as Lead Counsel.

This motion is supported by the accompanying Memorandum of Law, the Declaration of Daniel S. Sommers and the exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (i) appoint Plumbers National Pension Fund as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (ii) appoint Cohen Milstein as Lead Counsel for the Class; and (iii) grant such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: October 15, 2013 | Respectfully submitted, |

                                            **COHEN MILSTEIN SELLERS & TOLL PLLC**

                                            /s/   S. Douglas Bunch

Carol V. Gilden
190 S. LaSalle St.
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369

- and -

Steven J. Toll
Daniel S. Sommers
S. Douglas Bunch (SB-3028)
Genevieve Fontan (GF-1906)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

- and -

Michael Eisenkraft (ME-6974)
88 Pine Street 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Attorneys for Movant Plumbers & Pipefitters National Pension Fund and Proposed Lead Counsel for the Class*

James R. O'Connell
Mark W. Kunst
**O'DONOGHUE & O'DONOGHUE LLP**
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
Telephone: (202) 362-0041
Facsimile: (202) 362-2640

*Additional Attorneys for the Plumbers & Pipefitters National Pension Fund*

2