UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

PLUMBERS & PIPEFITTERS NATIONAL
PENSION FUND, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiff,                          Case No.: 1:13-cv-5696-JGK

   vs.

ORTHOFIX INTERNATIONAL N.V., ET
AL.,

        Defendants.

------------------------------------------------------------ X

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND APPROVAL OF THE PLAN OF ALLOCATION**

    PLEASE TAKE NOTICE that on April 28, 2016 at 4:30 p.m. in Courtroom 12B at the United States District Court located at 500 Pearl Street, New York, New York, Lead Plaintiff will and hereby does move the Court, the Honorable John G. Koeltl, for an order granting Lead Plaintiff's Motion for Final Approval of the Proposed Settlement and Approval of the Plan of Allocation.

    This motion is based upon this notice of motion, the accompanying memorandum of law, the accompanying Declaration of Daniel S. Sommers in support of the motion, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on the motion.

| | |
|---|---|
| Dated: March 24, 2016 | **COHEN MILSTEIN SELLERS & TOLL PLLC** |

                                                 s/ Daniel S. Sommers
Daniel S. Sommers (admitted *pro hac vice*)
S. Douglas Bunch (SB-3028)
Genevieve Fontan (GF-1906)
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

- and -

Carol V. Gilden (admitted *pro hac vice*)
190 S. LaSalle St.
Suite 1705
Chicago, IL 60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369

*Lead Counsel for Lead Plaintiff and the Class*

James R. O'Connell
Mark W. Kunst
**O'DONOGHUE & O'DONOGHUE LLP**
4748 Wisconsin Avenue, N.W.
Washington, DC  20016
Telephone: (202) 362-0041
Facsimile: (202) 362-2640

*Additional Counsel for Lead Plaintiff*